**Order filed August 31, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00744-CV
_____

**ESTHER ANDERSON, PRINCIPAL OF BENSON & ANDERSON, P.C., Appellant**

**V.**

**TONY METOYER, GUARDINA OF THE ESTATE OF G.M.M., A MINOR, EVERETT MCCORMICK AND EVELYN MCCORMICK, Appellees**

**On Appeal from the Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 399,637-401**

## ORDER

This is an appeal from a judgment signed July 26, 2012. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-11-00038-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-12-00747-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this

Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM